# UNITED STATES PATENT AND TRADEMARK OFFICE

## CERTIFICATE EXTENDING PATENT TERM
UNDER 35 U.S.C. § 156

| | |
|---|---|
| PATENT NO. | 4,626,538 |
| ISSUED | December 2, 1986 |
| INVENTOR | John P. Dusza, et al. |
| PATENT OWNER | Wyeth |
| PRODUCT | Sonata® (zaleplon) |

This is to certify that an application under 35 U.S.C. § 156 has been filed in the United States Patent and Trademark Office, requesting extension of the term of U.S. Patent No. 4,626,538 based upon the regulatory review of the product Sonata® (zaleplon) by the Food and Drug Administration. Since it appears that the requirements of the law have been met, this certificate extends the term of the patent for the period of

1,810 days

from June 23, 2003, the original expiration date of the patent, subject to the payment of maintenance fees as provided by law, with all rights pertaining thereto as provided by 35 U.S.C. § 156(b).

I have caused the seal of the United States Patent and Trademark Office to be affixed this 4th day of June 2003

JAMES E. ROGAN
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office