UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS, INC., KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., and WYETH<br><br>Plaintiffs,<br><br>vs.<br><br>TEVA PHARMACEUTICALS USA, INC.<br>Defendant. | Civil Action No. |

### RULE 7.1 STATEMENT

Plaintiff King Pharmaceuticals Research and Development, Inc. is the wholly owned subsidiary of plaintiff King Pharmaceuticals, Inc. No publicly traded entity owns more than 10% of the shares of King Pharmaceuticals, Inc.

Dated: August 3, 2005

/s/ Paul E. Crawford
Paul E. Crawford (#493)
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Attorneys for plaintiffs, King Pharmaceuticals, Inc. and King Pharmaceuticals Research and Development, Inc.

Of Counsel:
F. Dominic Cerrito
Daniel L. Malone
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939
Attorneys for plaintiffs, King Pharmaceuticals, Inc. and King Pharmaceuticals Research and Development, Inc.