UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KING PHARMACEUTICALS, INC., KING PHARMACEUTICALS RESEARCH, AND DEVELOPMENT, INC., WYETH<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 05-562-JJF |

## VOLUNTARY DISMISSAL
## UNDER FED. R. CIV. P. 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiffs King Pharmaceuticals, Inc. and King Pharmaceuticals Research and Development, Inc., by and through their attorneys, hereby dismiss without prejudice their Complaint against defendant, Teva Pharmaceuticals USA, Inc. Wyeth is an involuntary plaintiff in this action and, like Teva, was never served with the Complaint filed in this action.

Respectfully submitted,

Date: January 30, 2006

By: /s/ Paul E. Crawford
Paul E. Crawford (I.D. # 493)
Patricia Smink Rogowski (I.D. # 2632)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Phone: (302) 658-9141
pcrawford@cblh.com
progowski@cblh.com

Of counsel:
F. Dominic Cerrito
Daniel L. Malone
JONES DAY
222 East 41st Street
New York, New York 10017
Phone: (212) 326-3939

*Attorneys for Plaintiffs King Pharmaceuticals, Inc. and King Pharmaceuticals, Research and Development, Inc.*